*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE DISTRICT OF MARYLAND*
*[Greenbelt]*

| | | |
|---|---|---|
| *In re:* | * | |
| | * | |
| SAMUEL MENSAH | * | BANKRUPTCY NO. 14-21708 |
| | * | |
| Debtor | * | CHAPTER 13 |

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b) AND RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**COMES NOW** the above-named debtor, by and through his attorney of record, and hereby voluntarily dismisses the above-captioned Chapter 13 proceeding without prejudice pursuant to 11 U.S.C. § 1307(b). In support of this election, the debtor shows unto the Court the following:

1. This case was commenced by the filing of a voluntary Chapter 13 petition on July 24, 2014.

2. This case has not been previously converted under Sections 706, 1112 or 1208 of the Bankruptcy Code.

3. To the extent applicable, this Motion to Voluntarily Dismiss Chapter 13 Case serves as a response to the Trustee's Motion to Dismiss filed on or about March 2, 2017.

WHEREFORE, the Debtor respectfully prays that this Honorable Court dismiss the above-captioned Chapter 13 Bankruptcy Case and provide such other relief as may be deemed just and proper.

Respectfully Submitted,

SAMUEL MENSAH

/s/ Richard S. Yu
Richard S. Yu, Esq., Federal Bar No. 19794
Rowe Weinstein & Sohn, PLLC
1401 Rockville Pike Suite 110
Rockville, MD 20852
Phone: (301)770-4710
Email: bankruptcy@rowepllc.com
Attorneys for the Chapter 13 Debtor

/s/ Samuel Mensah
Samuel Mensah

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
*[Greenbelt]*

| | | |
|---|---|---|
| *In re:* | * | |
| | * | |
| SAMUEL MENSAH | * | BANKRUPTCY NO. 14-21708 |
| | * | |
| Debtor | * | CHAPTER 13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of March, 2017 a copy of the foregoing Debtor's Motion to Voluntarily Dismiss the Chapter 13 and Response to Trustee's Motion to Dismiss was served by electronic filing through the Court's ECF system to the Chapter 13 Trustee and all interested parties.

/s/ Richard S. Yu
Richard S. Yu

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### [Greenbelt]

| | | |
|---|---|---|
| *In re:* | * | |
| | * | |
| SAMUEL MENSAH | * | BANKRUPTCY NO. 14-21708 |
| | * | |
| Debtor | * | CHAPTER 13 |

### ORDER GRANTING DEBTOR'S MOTION TO VOLUNTARILY DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)

Having considered Debtor's Motion to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 U.S.C. § 1307(b), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor's Motion to Voluntarily Dismiss Chapter 13 Case is **GRANTED**; and

**ORDERED**, that the Debtor's Chapter 13 Bankruptcy Case for the above-captioned matter is dismissed without prejudice.

cc:

Samuel Mensah
7902 Vanity Fair Drive
Greenbelt, MD 20770

Richard S. Yu, Esq.
Rowe Weinstein & Sohn, PLLC
1401 Rockville Pike, Suite 110
Rockville, MD 20852

Timothy P. Branigan
14502 Greenview Drive, Suite 506
Laurel, MD 20708